UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 18, 2016

_____

RESPONSE REQUESTED
_____

No. 16-1989,   Joaquin Carcano v. Patrick McCrory
              1:16-cv-00236-TDS-JEP

TO:  Scott Block Wilkens
     James D. Esseks
     Christopher Anderson Brook
     Paul March Smith
     Tara Lynn Borelli
     Chase B. Strangio
     Elizabeth Olmsted Gill
     Leslie Cooper
     Nicholas William Tarasen
     Peter C. Renn
     Kyle Anthony Palazzolo
     Jon Warren Davidson

RESPONSE DUE: 10/31/2016

Response is required to the motion to dismiss appeal and/or to hold appeal in abeyance pending district court ruling on or before 10/31/2016.

Cathy Tyree Herb, Deputy Clerk
804-916-2724